# EXHIBIT A



## The Commonwealth of Massachusetts
## William Francis Galvin

Minimum Fee: $500.00

Secretary of the Commonwealth, Corporations Division
One Ashburton Place, 17th floor
Boston, MA 02108-1512
Telephone: (617) 727-9640

### Certificate of Organization
(General Laws, Chapter )

**Identification Number:** 001508170

**1. The exact name of the limited liability company is:** SALT PHOTOGRAPHY LLC

**2a. Location of its principal office:**
No. and Street: 13 RALPH ST.
City or Town: LOWELL     State: MA     Zip: 01851     Country: USA

**2b. Street address of the office in the Commonwealth at which the records will be maintained:**

No. and Street: 13 RALPH ST.
City or Town: LOWELL     State: MA     Zip: 01851     Country: USA

**3. The general character of business, and if the limited liability company is organized to render professional service, the service to be rendered:**
PHOTOGRAPHY AND VIDEOGRAPHER

**4. The latest date of dissolution, if specified:**

**5. Name and address of the Resident Agent:**
Name: UNITED STATES CORPORATION AGENTS, INC.
No. and Street: 101 BILLERICA AVE., BLDG. 5, SUITE 204
City or Town: NORTH BILLERICA     State: MA     Zip: 01862     Country: USA

I, UNITED STATES CORPORATION AGENTS, INC. resident agent of the above limited liability company, consent to my appointment as the resident agent of the above limited liability company pursuant to G. L. Chapter 156C Section 12.

**6. The name and business address of each manager, if any:**

| Title | Individual Name | Address (no PO Box) |
|---|---|---|
| | First, Middle, Last, Suffix | Address, City or Town, State, Zip Code |
| | | |

**7. The name and business address of the person(s) in addition to the manager(s), authorized to execute documents to be filed with the Corporations Division, and at least one person shall be named if there are no managers.**

| Title | Individual Name | Address (no PO Box) |
|---|---|---|
| | First, Middle, Last, Suffix | Address, City or Town, State, Zip Code |
| SOC SIGNATORY | VICTOR CARDONA JR. | 13 RALPH ST. LOWELL, MA 01851 USA |

**8. The name and business address of the person(s) authorized to execute, acknowledge, deliver and record any recordable instrument purporting to affect an interest in real property:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code |
|---|---|---|
| REAL PROPERTY | VICTOR CARDONA JR. | 13 RALPH ST.<br>LOWELL, MA 01851 USA |

**9. Additional matters:**

**SIGNED UNDER THE PENALTIES OF PERJURY, this 17 Day of May, 2021,**
LEGALZOOM.COM, INC., A CALIFORNIA CORPORATION, CHEYENNE MOSELEY, ASSISTANT
SECRETARY

*(The certificate must be signed by the person forming the LLC.)*

© 2001 - 2021 Commonwealth of Massachusetts
All Rights Reserved

MA SOC   Filing Number: 202155094150     Date: 5/17/2021 5:28:00 AM

THE COMMONWEALTH OF MASSACHUSETTS

I hereby certify that, upon examination of this document, duly submitted to me, it appears

that the provisions of the General Laws relative to corporations have been complied with,

and I hereby approve said articles; and the filing fee having been paid, said articles are

deemed to have been filed with me on:

May 17, 2021 05:28 AM

WILLIAM FRANCIS GALVIN

*Secretary of the Commonwealth*

**IRS** DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI  OH   45999-0023

Date of this notice:  05-28-2021

Employer Identification Number:
87-0923020

Form:  SS-4

Number of this notice:   CP 575 G

SALT PHOTOGRAPHY LLC
VICTOR CARDONA JR SOLE MBR
13 RALPH ST
LOWELL, MA  01851

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.


              WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

     Thank you for applying for an Employer Identification Number (EIN).  We assigned you
EIN 87-0923020.  This EIN will identify you, your business accounts, tax returns, and
documents, even if you have no employees.  Please keep this notice in your permanent
records.

     When filing tax documents, payments, and related correspondence, it is very important
that you use your EIN and complete name and address exactly as shown above.  Any variation
may cause a delay in processing, result in incorrect information in your account, or even
cause you to be assigned more than one EIN.  If the information is not correct as shown
above, please make the correction using the attached tear off stub and return it to us.

     A limited liability company (LLC) may file Form 8832, *Entity Classification Election*,
and elect to be classified as an association taxable as a corporation.  If the LLC is
eligible to be treated as a corporation that meets certain tests and it will be electing S
corporation status, it must timely file Form 2553, *Election by a Small Business
Corporation*.  The LLC will be treated as a corporation as of the effective date of the S
corporation election and does not need to file Form 8832.

     To obtain tax forms and publications, including those referenced in this notice,
visit our Web site at www.irs.gov.  If you do not have access to the Internet, call
1-800-829-3676 (TTY/TDD 1-800-829-4059) or visit your local IRS office.

**IMPORTANT REMINDERS:**

     *  Keep a copy of this notice in your permanent records.  **This notice is issued only
        one time and the IRS will not be able to generate a duplicate copy for you.**  You
        may give a copy of this document to anyone asking for proof of your EIN.

     *  Use this EIN and your name exactly as they appear at the top of this notice on all
        your federal tax forms.

     *  Refer to this EIN on your tax-related correspondence and documents.

     If you have questions about your EIN, you can call us at the phone number or write to
us at the address shown at the top of this notice.  If you write, please tear off the stub
at the bottom of this notice and send it along with your letter.  If you do not need to
write us, do not complete and return the stub.

     Your name control associated with this EIN is SALT.  You will need to provide this
information, along with your EIN, if you file your returns electronically.

     Thank you for your cooperation.

(IRS USE ONLY)     575G                    05-28-2021   SALT   O   9999999999   SS-4

Keep this part for your records.        CP 575 G (Rev. 7-2007)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Return this part with any correspondence
so we may identify your account.  Please                              CP 575 G
correct any errors in your name or address.
                                                                       9999999999

Your Telephone Number  Best Time to Call   DATE OF THIS NOTICE:  05-28-2021
(     )     -                              EMPLOYER IDENTIFICATION NUMBER:  87-0923020
_____  _____  FORM:  SS-4              NOBOD


INTERNAL REVENUE SERVICE              SALT PHOTOGRAPHY LLC
CINCINNATI  OH   45999-0023           VICTOR CARDONA JR SOLE MBR
IlıIılıılılılıılılıılılıılıılıIıIılıI  13 RALPH ST
                                      LOWELL, MA  01851