# EXHIBIT B

TO THE Honorable Judge Saylor,

My name is Jeremy Levesque and I am a 9 year Marine Corps Veteran that works at MKS Instruments. I'm a very hard dedicated worker and throughout my life have always possessed hard work ethic. January 2021 I met Victor Cardona at MKS. Upon first impression I could instantly read in his body language that he is very motivated and hard working and realized we had a lot in common and care about our job performance and well-being of the coworkers around us. Right from the start of our friendship he explained to me how he's a loving father of his daughter and does the best he can to be a role model for her and wants the best life he can give her. He's a business owner of a photography company Salt Photography LLC and does 12 hour work days at his main job as well to ensure he can be financially stable and provide for his family. He really wants to buy a house now so him and his family can live comftably and have the lifestyle they have dreamed of and worked so hard for. He also told me about his case and how big of a mistake he realized it was and regrets his bad decision he made and just wants to be forgiven and to prove to everyone he's not a bad person and doesn't want people to view him differently for his one mistake. From the time I met Victor until now he has become a very trustworthy friend of mine that has always been here for me even for the simpliest of tasks or favors. He's like this with everyone involved in his life and will help anyone in need at the drop of a hat. I don't know many people as genuine and sincere as him. I feel priveledged to have him as a friend and coworker. I know others feel the same way about him. I wish him nothing but the best and truly believe he deserves another chance to prove he's a good person.

*[signature]*

To the honorable Judge Saylor,

 My name is Annita Dou, Co-worker and friend of Victor. It has come to my attention that I'll be writing to you to show and explain who Victor is not only as a hard worker and amazing father but as an outstanding citizen. In many ways he's been such a big help, great supporter, and a very good friend. Since we've met he's never hesitated to give me a helping hand, wether it be rides to work or the store because I'm currently without a license. Right now he's even helping me move houses. Everyday he goes out of his way to pick me up and drop me off at work/home. Listens to every complaint and does the most for a good day. We've become more close since he showed me many photos of his daughter. I was completely shocked when I seen how beautiful she is and how much he cares and caters to her every need while being thousands of miles apart. Because most men I've come across in my lifetime chooses to be distant from their kids once they reach a certain age but not him. Unable to see his daughter after years of being away just makes him want to cater to her needs even more, talk to her whenever he can and work 10x harder to be prepared for the day he gets to see her again. An amazing father dosent even come close to how much he truly loves and misses her. Many car rides consist of showing me old videos and pictures of when he seen her last and new ones that she updates him with. Their bond is unimaginable. Lately he's been trying to perfect his photography portfolio, even letting me help in the process by picking themes he needs and me modeling for it. Day and night he's editing something on top of a 9 hour night shift. Not only does he work a 9 hour shift and on his photography business but he fixes cars and does installments for anyone who needs it. Victor has dedicated most of his time to others, and puts in overtime to better himself not just due to this case but for his daughter. The time away has really taken a toll on him and he truly holds himself responsible.
 In conclusion, I believe everyone makes mistakes but the

point is to learn from them, he has shown in many ways that not only does he deserve forgiveness but he's learned and done the best he could to make better choices. I know it may seem biased considering the circumstances but I definetly couldnt speak so highly of someone who isn't or hasn't been a genuine person overall. I see the state he's in everyday and it always overwhelmed me about how busy he keeps himself with work, photography, cars, and people. I just know he rarely gets his rest, one call and he'll show up in a heartbeat. He is definetly someone you can call on, take risks and give the benefit of the doubt to. I believe Everyone deserves a second chance, especially someone of his nature.

Kind Regards,

11-30-22

Dear Honorable Judge Saylor,

My name is Evalyn Xiong. I am Victor Cardona woman, lover, friend and partner. Please forgive me for my horrible poor hand writing and grammars. Reading and writing was not my best subjects in school. I am a mother of two young man. I am proud to say I have raised them well from being a single mom. They are both doing well for themself. My oldest son, he is a Marine Veteran. My youngest is an IT and @ a good company and going school part time. They both are very protective of me.. when both of them met Victor. At the begining they were not too frown of him. But after they have seen how Victor treated it me with unconditional love, respect, and caring and supportive. Like a Queen that their mom deserve to be! They are happy to see their mom finally has found someone in a healthy Relationship. Victor has been nothing but positive in our life and shown them that their mom is in good hands. Victor is a very wonderful dad to his daughter as well. He talks to her every day. Victor & I known each others for over eight years. We were friends then became lovers & partner! Ever since I known him. He has always been a very loving, caring, supportive, giving, honest and always go above and beyond to help our families and our friends. We are not perfect couple. We have our ups and downs due to I have trust issues. Through my past relationships. Depression and Mental Health was very hard for me. Victor has came into my life at a perfect timing. He has, have, and is showing me what unconditional love is. and that I deserve to be

treated like a Queen. He has been very positive person in my life. I was giving up on everything. No motivations, no goals, and very negative in life. But Victor has shown me to be positive, and motivate me and supporting me to continue to have goals and dreams. We both work for the same company in Andover, MA at MKS Instrument. Everyone of his co-workers adores and loves him. He is always lending his hand to help others for rides to work or repairs/fix cars and doing photo shoots. He love taking photo's and fixing cars to keep himself busy and actives.

It was shocking to me when I found out days later that he was incarcerated due to counterfeit. I was scare, unaware and naive of what was going on. He explained to me and was very regretful of what he did and promised me that he will change his life around with me by his side. We both made a promised together to work hard and save up to have our own home and business. Since this incident, it's been hard for him to visit his daughter in Vietnam. At the begining of our relationship, your honor, I remember that he went to Vietnam to visit his daughter for her B-Day. Which he normally goes every years & stay couples months. It been a little over three years since he hasn't been able to visit his daughter. Seeing how much a wonder father is he to his daughter is sadden.

Victor has a passion, passion to become a photographer. He has worked very hard and dedicating & promoting himself do better and change his life around. He now has his own photography

Business. I am so proud of him and happy for him. He works hard in everything he do and never complains.

Your Honor, I can go on and on talking about how wonderful loving, caring, honest, giving, and supportive Victor is but I do not want to bore your Honor. However, I do want to say that I love this man so much. He is the best thing ever happened to my life.

He means so much to me and to our families and friends. Victor not only changed his life around, He also changed my life. Without him, I would not be the person I am today with goals and dreams.

Your honor, what Victor did three years ago was unacceptible and there are consequouncces. Please accept my letter as Victor has changed his life around and surrounding himself with so many positive and good people.

Thank you for taking your busy schuddule to read my letter.

Sincerely

Evalyn Xiong
94 Dover St
Apt 5Q
Lowell, MA 01851
781-571-8264

December 12, 2022

Patchay Xiong

56 5th Avenue

Lowell MA 01854

978-457-6564

Dear Honorable Judge Saylor,

Hope you are well. Happy holidays. I am writing this character letter for Victor Cardona. I have known Vic since 2019 after he started dating my older sister. The past 3 years that I have known Vic, he has been nothing but a pleasure to know. He has won over our family with his easy going personality and generosity. He is our family's official photographer. He put in a lot of time and effort during my daughter's sweet 16th this past year free of charge. I can't thank him enough for the nice gesture. Much of our early life as immigrants in America, my older sister very much had to take care of us 4 kids as our parents worked long hours to provide for the family. As the only brother, I am very protective of my sisters. I am extremely happy my sister has found someone she can rely on and makes her happy.

It's unfortunate he has gotten himself in this situation. I understand is not acceptable, but I believe he has come to accept his past mistakes and is ready to be a better man. I know has surrounded himself with good people and is ready to become a good father to his daughter. His daughter will be his great motivation to change as he has not seen her in a few years. Although I have not met his daughter, I do know they share a close bond as they do keep in touch regularly.

In closing your Honor, please know our family has welcome Victor in our lives with open arms. We are grateful for him as he has shown he can a great friend, a cool uncle to our kids, and great partner to our dear sister. Please know our family will continue to love and support him. I hope the court find it in their hearts to give Vic another chance to prove he can be a better man for everyone, especially for his daughter.

Sincerely,

*Patchay Xiong*

SAVIN TITH-XIONG
56 5TH AVENUE
LOWELL, MA 01854
978-337-3920

December 13, 2022

Dear Honorable Judge Saylor,

Hope all is well. I am writing this character reference letter for Victor Cardona. I have known Victor since 2019 as he has been dating Sister-In-Law Evelyn Xiong. She is whom I have grown to love dearly. My husband loves his sister dearly and beyond happy that she has found a good man. Throughout the 3 years I have known Victor, I have seen his many good sides. He was a great help to me during my daughter's birthday party. His efforts greatly relieved my high stressful day. Not only did he worked the 4 hours taking photos of the festivities for free, he also helped Evelyn with food preparation for the party. His hard work and generosity will not be forgotten. As someone who was also an outsider, in the 20 years, I have come to know that the Xiong family will always support one another and help each other with all their hearts. Victor has shown this quality to be accepted by our family.

I have come to understand what he has done in the past is not acceptable. However, he has surrounded himself with good people and a great loving family. Even though under his uncertain future, I know he has worked hard the last 3 years working a full-time job at MKS Instruments and a part-time job as a photographer. He is slowly building back his life so he can someday see his daughter who is living in Vietnam. Although I have not met his daughter, as a mother of 3 myself, I know he misses her dearly. I do know they share a close bond as they correspond daily. I hope he gets a chance to visit her in the future.

Your honor, please accept my sincere words that Victor has fully been accepted by our family. We as a family will love and continue to support him as our own. We are a good family who have worked hard to live and achieved the American dream. He has been a great addition to this family. I pray the courts will find that Victor has truly turn his life around and lenient in this matter.

Thank you for your time.
Sincerely,
Savin Tith-Xiong

Christopher Xiong
125 Coburn St
Lowell, MA 01850
978-606-9633

Dear Honorable Judge Saylor,

I am a honorable discharge military veteran who is attending college and working. I have known Victor Cardona since 2019 when he started dating my mother. I give him great praise for being in a caring and understanding relationship with my mother who can be a handful in a wild friendly way. He definitely has a lot of patience for throughout the years and moments he has been with my mother, I have not experienced him get angry or disrespectful towards her even when she would be angry to him. As a veteran who values honor, courage, and commitment I believe Victor has proven these values to me through our experiences together. As a son who dearly cherishes and is protective of his mother, I trust Victor in protecting and respectfully loving my mother.

I am aware Victor is a father to a daughter who is living in Vietnam. Unlike my own father, Victor provides tender, love, and care for his daughter in keeping in contact with her everyday and providing anything she needs to live comfortably. Normaly he visits her at least once a year but has not been able to for the past 3 years.

I understand Victor's past actions have caught up with him and a form of punishment will be given. Yet, please consider some form of light punishment as since then he has and is doing all he can to right his wrongs and is a person who has grown in being apart of my family.
Thank you for your time and efforts.

Respectfully,

Christopher Xiong

December 8, 2022

Maikia Xiong-Huynh
125 Coburn St
Lowell MA 01850
978-427-7569

Dear Honorable Judge Saylor,

I hope my letter finds you well & healthy. I am writing this character reference letter for Victor Cardona who I had the pleasure to get to know since 2019 when he started dating my sister. Our family was truly blessed when he came into our lives with his warm smile & friendly personality. Not only is he easy going and enjoyable person to talk to, he's become quite reliable to our family. There wasn't a time when we have family function that he was not on the other end lending a helping hand. I've become quite fond of him. I am truly happy for my sister to have finally met a good man.

I understand what he did in the past is not acceptable. However, I strongly believe he's surrounding himself with good people and ready to turn his life around for the better. It saddens my heart he will not get to see his daughter who is very close to her father. Although she lives in Vietnam, they talk almost every day. I know he tries to visit her every 6 months if time allows.

Please know he's surrounded by good people that cares a lot for him and respects him for who he is today. I respectfully urge the court to give Victor a chance in this matter.

Thank you kindly for your time.

Sincerely,

*Maikia Xiong-Huynh*

Dear Honorable Judge Saylor,

    I am Aaron Philaphandeth with the Chelmsford Police Department and a combat veteran of the U.S. Army National Guard. I am writing to you regarding a character reference for Victor Cardona. Victor has been dating my aunt, Evalyn Xiong, since 2019. Just recently I was informed of Victor's open court case and he, as well as my aunt, has reached out to me in hopes of writing a character reference. In the 3 years that I have known Victor he has proven to be an outstanding member of the family. I see him at every family and holiday gathering throughout the year. He has not hesitated to consistently reach out and contribute to such events in all 3 years. In the time that I have seen him with my aunt he displays great character and is a true gentleman. I have not heard a single complaint from my aunt about Victor, which I can imagine that she loves Victor very much to ask me for this letter. I can wholeheartedly say that I love my aunt and I completely trust Victor. To further prove his character, I have Victor as a friend on social media where he posts his profession in photography. In the posts that I have seen I have not seen anyone talk badly about his work or who he is as a person. Even upon learning his open court case, I will still say I trust Victor to be a valuable member of my family and the community. I do not know how long-ago Victor's case happened, but I believe he has become a better man. Honorable Judge Saylor, I thank you for your time and hope that this letter displays the great character of Victor Cardona.

Sincerely,

Aaron Philaphandeth
21 Perham ST
Chelmsford, MA 01824
C: (978) 677-1620
December 14, 2022

12/12/2022

Dear Honorable Judge Saylor,

My name is Paige Juhola, I am a cousin of Evalyn Xiong who is the girlfriend of Victor Cardona.

I live in Chelmsford now but grew up in Lowell with Evalyn. I work at Access Vascular in Billerica. Evalyn and I raised our children together and have grown very close. We would alternate watching each other's children so Evalyn or I could go to our 2nd job to get groceries or run errands. This was almost a daily occurrence from when I had my first son in 1992 and Evalyn had hers in 1993. We both each had one more son in the following years and since 1994 we have spent almost every weekend, holiday, snow day, school vacation weeks and summers together. Evalyn is very close to me. Our sons have grown up to be good men and we still spend lots of time together. Evellyn reached out to me to support Victor. She is really happy and would be devastated to say the least if anything were to happen to Victor.

I have known Victor since 2019 when they first started dating. He has been very supportive, generous and caring for Evellyn and our family. He is a good father to his daughter that's located in Vietnam. He speaks with her almost everyday and is providing as much as he can for her while living here. Victor is always helping Evalyn with day to day errands and treats her with loving respect. During any of our weekly or monthly occasions with Victor he is quick to say hello and greet people with a smile. While out for dinner or enjoying an outdoor activity Victor is cooperative, sincere, and accommodating. He's the gentlemen holding the door for a stranger, offering a seat to a mother or senior where seating is limited. Victor is always offering a helping hand to family or friends that need help organizing an event, helping carry of move heavy objects or generously offering his photography services for free. Victor has been an addition to our family, and we fully believe that his mistakes in the past have made him into a better person.

Please consider my letter of character support for Victor Cardona verification that he is a good, trustworthy individual and contributes positively to society. He has already made a lasting impression of generosity with my family.

Thank you,

Paige Juhola

*Paige Juhola*

37 First Street

Chelmsford, MA 01824

Philap.juhola@gmail.com

12/13/2022

Dear Honorable Judge Saylor,

    I am writing to you in support of Victor Cardona character reference. I have known Victor for roughly three years introduced to him from my cousin in law Evalyn. My personal interactions with Victor have always been positive and friendly. I usually see Victor several times a month during family gatherings or events. Victor is generous, outgoing, and helpful for our and his own family. He seems to be the go-to person to lend a hand in helping family, friends with tasks as easy as cooking, cleaning or help a person move out of a home. He offers his services for photography since he seems to be on a professional level of camara work. He takes good care of himself, treats Evalyn well and does everything he can do to provide for his daughter who is in Vietnam. Victor is reliable, responsible, and trustworthy. He is a caring, loving father and devoted boyfriend to Evalyn. His intentions are always to better himself and provide more to his daughter. He has surrounded himself with good positive friends and family that generate a good, positive, safe living environment.

    About myself, my wife Paige is Evalyn's close cousin. They grew up together in Lowell and are more like sisters then cousins. They both have two boys each the same age which brought them even closer together while raising them in Lowell. I Have been with Paige since 2006 and we were married in 2009. Evalyn is more like a sister-in-law than a cousin to me. We care for her deeply and extend our love and care to Victor seeing he is a positive influence in her life and has made her very happy. I am a firefighter in Lincoln Ma. and do construction when not at the fire station. Paige and I have two young boys, 11 and 10 years old.

    I was unaware that Vitor had an open court case, but he has explained the situation he was in at that time and has since turned his life around to better himself, family, and friends. Please consider that in my view, Victor is a good person with good intentions.

Thank you for your consideration.

Sincerely,

Benjamin Juhola

*[signature]*

Bn1112@yahoo.com

617-777-7004

December 9, 2022

To The Honorable Judge Saylor,

My name is Vandany Tes, I've known Victor for about two years or more now. We've met through work at MKS. He has become one of my good friends. He works really hard, always willing to learn new things. He makes time to help me or others when we ask even though he's already busy. I always see him working overtime atleast 10-12 Hours or possibly more. He owns a photography buisness too, on top of being a father as well. He's a good Hard working gentlemen, who deserves another chance. I enjoy his company, he brighten's up the day, makes me laugh and makes being at work more fun.

Sincerely,

To the honorable Judge Saylor,

It has been my pleasure to work along side Victor Cardona for the past 3 years here at MkS. I Mylinh Sann has seen Victor excell here at the company at a very steady pace. As his shift/team lead, I can see he has so much potential to further his education and goals. He has come a long way with us and help make production here smoother with his creativity. Victor is a very intelligent, capable man and I have no doubt that he will make a great impact where ever he goes. From my observation Victor has alot of empathy toward his peers and that alone makes him strong and wise beyond many years. Victor has been a pleasure to have on my team and we value him dearly. If there are any questions please feel free to contact me at 978-738-3953

To the honorable Judge Saylor,

My name is Timothy Sar. I have just moved to the state of Massachusetts recently. Once I have moved here Victor has been extremely helpful to me. I met Victor at our job at MKS Instruments. Being a profoundly new person to the company Victor has helped me with anything I had struggled with. One time my car broke down and he with no hesitation came to help me. Victor is also a great photographer and has blessed me with free photoshoots without me ever asking. He has shown me around the city, showing me the essential places to go and terrific food spots.

 I Timothy Sar cannot thank Victor enough for all he has done for me. I consider him a good friend. He is the most genuine person I have met in my time in Massachusetts. I hope to continue our friendship and will always appreciate all he's done.

       Sincerely,

Dec, 2022

To the honorable judge Saylor,

My name is Nauy Soung, I am one of victor's coworker. I've known victor for about 2 years now, I know him enough to say he's a very caring soul, always willing to help others in need, a pleasure to be around, always working and even if he's not working, he's still working. Victor is definetely someone you wouldn't be able to forget especially working side by side with him. He is an amazing father to his babygirl while being miles away apart. One thing I can say is he loves all types of food, the guy is always eating. There is a lot of horrible people out there and victor isn't one of them, I think In life we all deserve a second chance to reedem ourselves.

Sincerely, Nauy

To the honorable Judge Saylor,

My name is Chanvishsna Pich or you can go by Nikkey. I have met Victor through the employment of MKS Instruments. We have similar likings, like photography and automotives. Which makes us great friends. He is a very hard working person in and out of work. He cares about the people he loves the most and always one call away if needed. I wish nothing but the best for Victor and his upcoming future. I believe everyone deserves a second chance at life. I want to see him succeed in life like he wants to see me succeed. I appriciate Victor to the fullest and will never be taken for granted.



01/09/23

To the Honorable Judge Saylor

My name is Wayne McPherson I am Mr.Cardona's Manager he has talked to and informed me about his current situation and case with the government Victor is a phenomenal worker and does a lot to help out this company. He has moved up very quickly within the last 2.5 years that he has been working here and now knows everything on the floor including Electrical Engineering. I know that he will have to serve a sentence soon and I and the company is willing to put Mr. Cardona on a Leave Of Absence for one year until he is able to return to work.

Sincerely,

Wayne McPherson

6 Shattuck Rd.

Andover,Ma,01810

(978)975-2350